# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY L. JOHNSON, M.D.; AND
RADIOLOGY SPECIALISTS, LTD.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JAMES
CROCKETT, DISTRICT JUDGE,
Respondents,
and
ERIC MENDOZA; MICHELLE
MENDOZA, PARENTS AND
GUARDIANS OF CHARLES MENDOZA;
SRINIVAS HALTHORE, M.D.; AND
HALTHORE JOHNS PEDIATRIC
NEUROLOGY ASSOCIATES, LTD.,
Real Parties in Interest.

No. 70569

FILED

JUL 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a medical malpractice action.

Having considered the petition and supporting documents, we conclude that our extraordinary and discretionary intervention is not warranted. NRS 34.160; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Because resolution of the issues presented in the petition will not resolve the claims for negligent infliction of emotional distress, petitioners' explanation as to why an appeal from a final judgment would not afford them an adequate remedy is unpersuasive. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Moore v. Eighth Judicial Dist. Court*, 96

16-21815

Nev. 415, 417, 610 P.2d 188, 189 (1980) (determining that mandamus is not an appropriate remedy when resolution of the writ petition will not dispose of the entire controversy). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:     Hon. James Crockett, District Judge
        Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
        Galliher Law Firm
        Eglet Prince
        George J. Kunz, P.C.
        Daehnke Stevens, LLP
        Eighth District Court Clerk

---

[1]Srinivas Halthore, M.D., and Halthore Johns Pediatric Neurology Associates, Ltd., have filed a motion to join the writ petition. In light of our disposition of the petition, the motion is denied as moot.